IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION, LLC, | CASE NO. 1:21CV02192 |
| | JUDGE J. PHILIP CALABRESE |
| Plaintiff, | |
| | MAGISTRATE JUDGE |
| v. | WILLIAM H. BAUGHMAN, JR. |
| MARK A. VAUGHAN, *et al.*, | **REPORT AND RECOMMEN-** |
| | **DATION RE PARTIES' SET-** |
| Defendants. | **TLEMENT DOCUMENTS** |

The District Judge referred this matter to me for purposes of reviewing the parties' settlement documents and other related matters.[1] The parties requested this referral,[2] since I presided over an earlier mediation session that ended with the parties and their respective counsel moving towards a full resolution of this case.[3] Their request for additional time to finalize settlement negotiations paid off. At the beginning of this week, they made a joint filing of the documents reflecting their proposed settlement.[4]

I have reviewed the parties' joint settlement documents in their entirety. I have also reviewed the principal documents underlying the claims and defenses in this case. With the additional benefit of having the discussions at the mediation session I conducted as a

---

[1] Non-document order, 3/7/22.
[2] Non-document minutes of proceedings, 3/7/22.
[3] Non-document minutes of proceedings, 2/28/22.
[4] ECF #19.

1

context to evaluate the parties' proposed settlement, I find that the parties' jointly proposed settlement presents a fair and complete resolution of all the claims brought in this case. I further find that the parties' jointly proposed findings of fact and conclusions of law accurately and completely reflect the pending claims and their full and final resolution; that the parties' settlement documents accurately and completely reflect that resolution; and that their jointly proposed judgment entry encompasses the terms of their proposed settlement, reflecting the complete and final disposition of this case with prejudice.

Accordingly, for the foregoing reasons, I recommend that the parties' jointly proposed settlement be accepted and that the jointly proposed judgment entry be formally entered on the docket to conclude this case.

Dated: March 25, 2022                    s/ William H. Baughman, Jr.
                                         United States Magistrate Judge

## NOTICE REGARDING OBJECTIONS

Any party may object to this Report and Recommendation. To do so, you must serve and file your objections with the Clerk of Court within 14 days after being served with this Report and Recommendation. If this document is being served on you by mail, service by mail is complete when the document is mailed, not when you receive it. If you fail to serve and file your objections within this 14-day time period, you forfeit your rights on appeal, absent a showing of good cause for such failure.