UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| COLUMBIA GAS TRANSMISSION LLC, | ) | Case No. 1:21-cv-2192 |
| | ) | |
| | ) | Judge J. Philip Calabrese |
| Plaintiff, | ) | |
| | ) | Magistrate Judge |
| v. | ) | William H. Baughman, Jr. |
| | ) | |
| MARK A. VAUGHAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

After successfully facilitating a resolution of the parties' dispute through mediation, the Report and Recommendation of the Magistrate Judge (ECF No. 21) recommends accepting the settlement and formally entering the judgment entry. Although the time for objections has not passed, the Court has confirmed with counsel that there is no just reason for delay in entering judgment. Based on the Report and Recommendation and the Court's previous discussions with counsel in the management of this case, the Court **ADOPTS** the Report and Recommendation. The Court will enter the judgment as recommended by separate entry. Based on this disposition, as stated in the judgment, the Court **GRANTS IN PART AND DENIES AS MOOT IN PART** Plaintiff's motion for injunctive relief (ECF No. 2) and **DENIES AS MOOT** Defendants' motion to strike (ECF No. 14). Further, the Court **DIRECTS** the Clerk to enter judgment accordingly.

**SO ORDERED.**

Dated: March 28, 2022

J. Philip Calabrese
United States District Judge
Northern District of Ohio